# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NEW YORK

In re: §
§
CUTLIP, BONNIE M. § Case No. 11-14006 MJK
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 11/21/2011. The undersigned trustee was appointed on 11/21/2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 3,049.21

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 150.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] $ | 2,899.21 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 04/20/2012 and the deadline for filing governmental claims was 05/18/2012 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 762.30 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 762.30 , for a total compensation of $ 762.30 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 2.76 , for total expenses of $ 2.76 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/02/2013                By:/s/MORRIS L. HORWITZ
                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No: 11-14006 MJK Judge: MICHAEL J. KAPLAN, U.S.B.J.
Case Name: CUTLIP, BONNIE M.
For Period Ending: 12/02/13

Trustee Name: MORRIS L. HORWITZ
Date Filed (f) or Converted (c): 11/21/11 (f)
341(a) Meeting Date: 01/12/12
Claims Bar Date: 04/20/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. LOCATION: 8541 EAST AVENUE, GASPORT NY 14067 | 79,000.00 | 0.00 | | 0.00 | FA |
| 2. ST. CHARLES BOROMEO CEMETERY BURIAL PLOT | 450.00 | 0.00 | | 0.00 | FA |
| 3. FINANCIAL ACCOUNTS | 90.38 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL | 100.00 | 0.00 | | 0.00 | FA |
| 6. FURS AND JEWELRY | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. VEHICLES | 15,000.00 | 0.00 | | 0.00 | FA |
| 8. Tax refund (u) | 0.00 | 0.00 | | 3,049.21 | FA |
| TOTALS (Excluding Unknown Values) | $97,640.38 | $0.00 | | $3,049.21 | $0.00 |

Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

February 15, 2012, turnover demand; March 06, 2012, turnover with calc demand dbtr, atty; June 26, 2012 (MLH) review

Initial Projected Date of Final Report (TFR): 12/31/14    Current Projected Date of Final Report (TFR): 12/31/14

/s/ MORRIS L. HORWITZ    Date: _____

MORRIS L. HORWITZ

**FORM 2**          Page: 1
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**      Exhibit B

Case No: 11-14006 -MJK      Trustee Name: MORRIS L. HORWITZ
Case Name: CUTLIP, BONNIE M.      Bank Name: UNION BANK
     Account Number / CD #: ******2402 Checking Account
Taxpayer ID No: ******4586
For Period Ending: 12/02/13      Blanket Bond (per case limit): $ 21,431,000.00
     Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/16/13 | | Trsf In From Capital One | INITIAL WIRE TRANSFER IN | 9999-000 | 3,049.21 | | 3,049.21 |
| 02/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,034.21 |
| 03/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,019.21 |
| 04/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,004.21 |
| 05/28/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,989.21 |
| 06/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,974.21 |
| 07/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,959.21 |
| 08/26/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,944.21 |
| 09/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,929.21 |
| 10/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,914.21 |
| 11/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,899.21 |

COLUMN TOTALS      3,049.21      150.00
Less: Bank Transfers/CD's      3,049.21      0.00
Subtotal      0.00      150.00
Less: Payments to Debtors      0.00
Net      0.00      150.00

Page Subtotals      3,049.21      150.00      2,899.21

UST Form 101-7-TFR (5/1/2011) (Page: 4)      Ver: 17.04a
LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-14006 -MJK
Case Name: CUTLIP, BONNIE M.
Taxpayer ID No: ******4586
For Period Ending: 12/02/13

Trustee Name: MORRIS L. HORWITZ
Bank Name: Capital One
Account Number / CD #: ********3672 Checking Account
Blanket Bond (per case limit): $ 21,431,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/19/12 | | Bonnie Cutlip 8541 East Avenue gasport, NY 14067 | Tax refund | 1224-003 | 3,019.21 | | 3,019.21 |
| 03/19/12 | | Bonnie Cutlip 8541 East Avenue gasport, NY 14067 | Tax refund Wrong amount | 1224-003 | -3,019.21 | | 0.00 |
| 03/19/12 | 8 | Bonnie Cutlip 8541 East Avenue Gasport, NY 14064 | Tax refund | 1224-000 | 3,049.21 | | 3,049.21 |
| 03/19/12 | | Bonnie Cutlip 8541 East Avenue gasport, NY 14067 | Tax refund | 1224-003 | 3,019.21 | | 6,068.42 |
| 04/11/12 | | Bonnie Cutlip 8541 East Avenue gasport, NY 14067 | Tax refund Entered in error | 1224-003 | -3,019.21 | | 3,049.21 |
| 01/16/13 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 3,049.21 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 3,049.21 | 3,049.21 |
| Less: Bank Transfers/CD's | | 0.00 | 3,049.21 |
| Subtotal | | 3,049.21 | 0.00 |
| Less: Payments to Debtors | | | 0.00 |
| Net | | 3,049.21 | 0.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********2402 | 0.00 | 150.00 | 2,899.21 |
| Checking Account - ********3672 | 3,049.21 | 0.00 | 0.00 |
| | 3,049.21 | 150.00 | 2,899.21 |

Page Subtotals  3,049.21  3,049.21

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-14006 -MJK | | Trustee Name: | MORRIS L. HORWITZ | |
|---|---|---|---|---|---|
| Case Name: | CUTLIP, BONNIE M. | | Bank Name: | Capital One | |
| Taxpayer ID No: | ******4586 | | Account Number / CD #: | *******3672 Checking Account | |
| For Period Ending: | 12/02/13 | | Blanket Bond (per case limit): | $ 21,431,000.00 | |
| | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | | Page Subtotals | 0.00 | 0.00 | |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: December 02, 2013

Case Number: 11-14006
Debtor Name: CUTLIP, BONNIE M.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001 070 7100-00 | Capital One, N.A. c/o Creditors Bankruptcy Service P.O. Box 740933 Dallas, TX 75374 | Unsecured | 9860 Kohl's | $226.44 | $0.00 | $226.44 |
| 000002 070 7100-00 | Midland Funding LLC Recoser, LLC 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Unsecured | 2769 JCPENNEY CREDIT SERVICES or GEMB | $626.62 | $0.00 | $626.62 |
| 000003 070 7100-00 | PYOD LLC assignee of Citibank, NA c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | Unsecured | 7323 | $2,241.77 | $0.00 | $2,241.77 |
| 000004 070 7100-00 | Merrick Bank c/o Resurgent Capital Services PO Box 10368 Greenville, SC 29603-0368 | Unsecured | 0993 | $678.18 | $0.00 | $678.18 |
| 000005 070 7100-00 | eCAST Settlement Corporation Bass & Associates, P.C. 3936 E. Ft. Lowell Road, Suite #200 Tucson, AZ 85712 | Unsecured | | $220.33 | $0.00 | $220.33 |
| 000006 050 4800-00 | Niagara County Treasurer Philo J. Brooks Building 59 Park Avenue Lockport, NY 14094 | Secured | | $0.00 | $0.00 | $0.00 |
| | Case Totals: | | | $3,993.34 | $0.00 | $3,993.34 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-14006 MJK
Case Name: CUTLIP, BONNIE M.
Trustee Name: MORRIS L. HORWITZ

Balance on hand $ 2,899.21

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000006 | Niagara County Treasurer | $ 8,433.10 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00
Remaining Balance $ 2,899.21

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MORRIS L. HORWITZ | $ 762.30 | $ 0.00 | $ 762.30 |
| Trustee Expenses: MORRIS L. HORWITZ | $ 2.76 | $ 0.00 | $ 2.76 |

Total to be paid for chapter 7 administrative expenses $ 765.06
Remaining Balance $ 2,134.15

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,993.34 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 53.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One, N.A. | $ 226.44 | $ 0.00 | $ 121.02 |
| 000002 | Midland Funding LLC | $ 626.62 | $ 0.00 | $ 334.88 |
| 000003 | PYOD LLC assignee of Citibank, NA | $ 2,241.77 | $ 0.00 | $ 1,198.06 |
| 000004 | Merrick Bank | $ 678.18 | $ 0.00 | $ 362.44 |
| 000005 | eCAST Settlement Corporation | $ 220.33 | $ 0.00 | $ 117.75 |

Total to be paid to timely general unsecured creditors $ 2,134.15

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

       Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

       Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE